1  Alex L. Fugazzi, Esq.
   Nevada Bar No. 9022
2  Aleem A. Dhalla. Esq.
   Nevada Bar No. 14188
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, Nevada 89169
   Telephone: 702.784.5200
5  Facsimile: 702.784.5252
   afugazzi@swlaw.com
6  adhalla@swlaw.com

7  William L. Roberts, Esq. *(Pro Hac Vice Forthcoming)*
   Kathryn E. Caldwell, Esq. *(Pro Hac Vice Forthcoming)*
8  Andrew B. Cashmore, Esq.*(Pro Hac Vice Forthcoming)*
   ROPES & GRAY LLP
9  Prudential Tower
   800 Boylston Street
10 Boston, Massachusetts 02199-3600
   Phone: (617) 951-7000
11 Fax: (617) 951-7050
   william.roberts@ropesgray.com
12 kathryn.caldwell@ropesgray.com
   andrew.cashmore@ropesgray.com
13
   Glen J. Dalakian II, Esq. *(Pro Hac Vice Forthcoming)*
14 ROPES & GRAY LLP
   1211 Avenue of the Americas
15 New York, New York 10036-8704
   Phone: (212) 596-9000
16 Fax: (212) 596-9090
   glen.dalakian@ropesgray.com
17
   *Attorneys for Defendant Northwell Health, Inc.*
18
                    **UNITED STATES DISTRICT COURT**
19                       **DISTRICT OF NEVADA**

20 RONNIE GILL, Individually and on behalf of all    Case No. 2:23-cv-01851-CDS-EJY
21 other similarly situated,
                                                    **STIPULATION TO EXTEND TIME TO**
22              Plaintiff,                          **RESPOND TO COMPLAINT**
        v.
23                                                  **(FIRST REQUEST)**
   PERRY JOHNSON & ASSOCIATES, INC.,
24
25 AND

26 NORTHWELL HEALTH, INC.,

27              Defendants.

28

4872-3693-4805

Plaintiff Ronnie Gill, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendant Northwell Health, Inc. ("Northwell") stipulate and respectfully request under Local Rule IA 6 that this Court extend the time for Northwell to respond to Plaintiff's complaint in the above-captioned action (the "Complaint") until **January 29, 2024**.

Plaintiff filed the Complaint on November 10, 2023 and served on Northwell on November 17, 2023. Northwell's response is currently due by December 8, 2023.

Northwell requires this extension to evaluate the complex allegations and causes of action raised in the Complaint, evaluate the merits of each claim, understand the complexities of discovery, speak with plaintiff and co-defendant counsel in each case, and consider options for consolidation or transfer in order to preserve judicial economy. Northwell also requests this additional time to evaluate the numerous putative class action complaints that have been filed against Northwell in Federal and State courts—including nine actions in this District alone—concerning the facts and circumstances that gave rise to the Complaint. A list of these related cases is included as Appendix A.[1]

This is the first request for extension of time for this deadline. The parties respectfully submit that there is good cause for this extension and the requested extension is not for the purpose of delay.

///

///

---

[1] Northwell also notes that several additional putative class action complaints have been filed against co-defendant Perry Johnson & Associates, Inc. ("PJ&A") in Federal and State courts. *See Carter v. Cook County Health and Perry Johnson & Associates, Inc.*, No. 2:23-cv-1866 (D. Nev. filed Nov. 13, 2023); *Kurtev et al. v. Cook County Health & Hospitals System and Perry Johnson & Associates, Inc.*, No. 2:23-cv-1905 (D. Nev. filed Nov. 17, 2023); *Belov et al. v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-1925 (D. Nev. filed Nov. 20, 223); *Colon et al. v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-1910 (D. Nev. filed Nov. 20, 2023); *Davis v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-1932 (D. Nev. filed Nov. 21, 2023); *O'Neill et al. v. Perry Johnson & Associates, Inc. and County of Cook, Illinois*, No. 2:23-cv-1964 (D. Nev. filed Nov. 28, 2023); *Sept et al. v. Perry Johnson & Associates, Inc.,* No. 2:23-cv-01983 (D. Nev. filed Nov. 30, 2023); *Kimber v. Cook County Health & Hospital System and Perry Johnson & Associates, Inc.*, No. 2023CH09293 (Ill. Cir. Ct., Cook County filed Nov. 7, 2023); and *Martin v. Cook County Health & Hospital System and Perry Johnson & Associates, Inc.*, No. 2023CH09558 (Ill. Cir. Ct., Cook County filed Nov. 21, 2023). Northwell has not been named as a defendant in any of these complaints.

IT IS SO STIPULATED.

Dated:  December 5, 2023.

SNELL & WILMER

By: /s/ Aleem A. Dhalla
Alex L. Fugazzi (NV Bar #9022)
Aleem A. Dhalla (NV Bar #14188)
3883 Howard Hughes Parkway, Ste 1100
Las Vegas, NV 89169-5958
Telephone: (702) 784-5200
afugazzi@swlaw.com
Adhalla@swlaw.com

William L. Roberts*
Kathryn E. Caldwell*
Andrew B. Cashmore*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Phone: (617) 951-7000
Fax: (617) 951-7050
william.roberts@ropesgray.com
kathryn.caldwell@ropesgray.com
andrew.cashmore@ropesgray.com

Glen J. Dalakian II*
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Phone: (212) 596-9000
Fax: (212) 596-9090
glen.dalakian@ropesgray.com

*Counsel for Defendant Northwell Health, Inc.*
**pro hac vice forthcoming*

Dated:  December 5, 2023.

WISE LAW FIRM, PLC

By: /s/ Joseph M. Lyon
David Hilton Wise (NV Bar #11014)
421 Court Street
Reno, Nevada, 89501
(775) 329-1766
(703) 934-6377
dwise@wiselaw.pro

Joseph M. Lyon *(Pro Hac Vice)*
Kevin M. Cox *(Pro Hac Vice)*
THE LYON FIRM
2754 Erie Ave.
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com
kcox@thelyonfirm.com

*Counsel for Plaintiff and Putative Class*

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED.  Northwell Health, Inc. shall have up to and including **January 29, 2024** to respond to Plaintiff's complaint.

**IT IS SO ORDERED**.

_____
U.S. MAGISTRATE JUDGE

Dated:  December 5, 2023

4872-3693-4805

- 3 -